UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOU FIT, INC., YF HOLDINGS, INC. and
YOU FIT ENTERPRISES, INC.,

    Plaintiffs,

v.

PLEASANTON FITNESS, LLC,
Zeus FITNESS, LLC, OM FITNESS LLC,
MONTEREY FITNESS, LLC,
SANJIV CHOPRA, SHEENA CHOPRA,
MICHAEL ZARRILLO and
TRACY ZARRILLO,

    Defendants.
_____/

Case No. 8:12-cv-1917-T-27EAJ

## ORDER GRANTING PERMANENT INJUNCTIVE RELIEF

This cause, having come before the Court on the Stipulated Motion for Permanent Injunction filed jointly by Plaintiffs, You Fit, Inc., YF Holdings, Inc. and You Fit Enterprises, Inc. (collectively, "You Fit") and Defendants, Pleasanton Fitness, LLC, Zeus Fitness, LLC, OM Fitness LLC, Monterey Fitness, LLC, Sanjiv Chopra, Sheena Chopra, (collectively, "Defendants"), in the above-entitled action, and upon consideration of You Fit's Verified Complaint (Dkt. 1) seeking permanent injunctive relief against Defendants, You Fit's Motion for Temporary Restraining Order, Or, In the Alternative, for Preliminary Injunction (Dkt. 2), and the Court file,

**IT IS HEREBY ADJUDGED and DECREED that:**

1. This Court has subject matter jurisdiction over this matter.

2. This Court has personal jurisdiction over the Defendants.

3. This action arose after the Defendants operated a series of health clubs and gyms under the name "Fit U." In connection with the operation of the "Fit U" health clubs, the

Defendants used the marks "Fit Begins and Ends with U," and "A place where you Fit In because we Fit U."

4. You Fit operates health clubs and gyms under the name You Fit throughout Florida, Georgia, Arizona and California.

5. In connection with the operation of its health clubs and gyms, You Fit uses a confidential and proprietary set of information, techniques and trade secrets belonging to You Fit including, but not limited to, its methods, techniques, equipment, specifications, standards, policies, procedures and information relating to the development, operation, and franchising of You Fit facilities; knowledge of suppliers and specifications for certain materials, equipment and fixtures for You Fit facilities; business model; franchise model; training techniques; operating results and financial statements and performance; operating procedures; and other business information and systems (the "Confidential Information"). In part, the Confidential Information is set forth in manuals, instructions, checklists and other various documents (the "You Fit Documents").

6. The Confidential Information provides economic advantage to You Fit and is not available to the general public.

7. You Fit made reasonable efforts to maintain the secrecy of the Confidential Information.

8. You Fit has registered the service marks "YOUFIT," "Fit Begins with You," and "It's where YOU FIT In" with the United States Patent and Trademark Office.

9. You Fit began validly and continuously using its name and service marks in February 2008.

10. The Defendants began using the "Fit U" name and associated marks in October 2011, but has ceased its use of those marks and represents that it has no intent to use any of them in the future.

11. The YOUFIT service mark is a strong, inherently distinctive mark, granted the highest degree of protection, because: (1) it is registered as a trademark and service mark with the United States Patent and Trademark Office; and (2) it is arbitrary and fanciful because its intrinsic nature serves to identify a particular service.

12. The Fit Begins with You service mark is a strong, inherently distinctive mark, granted the highest degree of protection, because: (1) it is registered as a trademark and service mark with the United States Patent and Trademark Office; and (2) it is arbitrary and fanciful because its intrinsic nature serves to identify a particular service.

13. The It's where YOU FIT In service mark is a strong, inherently distinctive mark, granted the highest degree of protection, because: (1) it is registered as a trademark and service mark with the United States Patent and Trademark Office; and (2) it is arbitrary and fanciful because its intrinsic nature serves to identify a particular service.

**IT IS FURTHER ORDERED and DECREED that:**

14. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation with the Defendants, ARE HEREBY PERMANENTLY ENJOINED and shall not either directly, indirectly, or in any way use the mark or name "Fit U" or "Fitness Unlimited" in connection with operating a health club or gym at any time in the future.

15. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation

with the Defendants, ARE HEREBY PERMANENTLY ENJOINED and shall not either directly, indirectly, or in any way use the mark "Fit Begins and Ends with U" in connection with operating a health club or gym at any time in the future.

16. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation with the Defendants, ARE HEREBY PERMANENTLY ENJOINED and shall not either directly, indirectly, or in any way use the mark "A place where you Fit In because we Fit U" in connection with operating a health club or gym at any time in the future.

17. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation with the Defendants, ARE HEREBY PERMANENTLY ENJOINED and shall not either directly, indirectly, or in any way use a service mark or trade name in which the word "You" or the letter "u" immediately precedes or follows the word "Fit" in connection with operating a health club or gym at any time in the future.

18. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation with the Defendants, ARE HEREBY PERMANENTLY ENJOINED and shall not either directly, indirectly, or in any way use the domain name www.fitu.com or any other domain name in which the word "You" or the letter "u" immediately precedes or follows the word "Fit." To the extent they have any, Defendants shall forfeit all ownership interest in the domain name www.fitu.com.

19. Upon entry of this Permanent Injunction, the Defendants and their companies, officers, agents, representatives, servants, employees, and those in active concert or participation

with the Defendants, shall immediately return to You Fit any and all You Fit Documents or Confidential Information in their possession, custody or control. Any and all electronic copies of the You Fit Documents or Confidential Information shall be immediately and permanently deleted.

20. This Permanent Injunction shall remain in force forever or until a court of competent jurisdiction enters an order dissolving or modifying this Permanent Injunction.

**IT IS FURTHER ORDERED THAT:**

21. For the remainder of this action and into the future, the Court retains jurisdiction to enforce and oversee this Permanent Injunction.

**DONE and ORDERED** in Chambers at Tampa, Hillsborough County, Florida, this 20th day of February, 2014.

Honorable James D. Whittemore
United States District Judge

Conformed copies to:
Counsel and Parties of Record